IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DIANE SANDAHL,<br><br>    Plaintiff,<br><br>vs.<br><br>GRANGE INSURANCE ASSOCIATION, GRANWEST PROPERTY AND CASUALTY, and JEN POLANCO,<br><br>    Defendants. | CV 24-27-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 22nd day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge