IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DIANE SANDAHL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GRANGE INSURANCE ASSOCIATION, GRANWEST PROPERTY AND CASUALTY, and JEN POLANCO,<br><br>                    Defendants. | CV 24–27–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' motion to dismiss for lack of jurisdiction. (Doc. 10.) The motion is unopposed. (Doc. 14.) Having reviewed the motion and for good cause appearing,

IT IS ORDERED that the motion (Doc. 10) is GRANTED.

IT IS FURTHER ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this file.

DATED this 29th day of May, 2024.

Dana L. Christensen, District Judge
United States District Court

-1-